IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 08-00226-KD |
| | ) | |
| MICHAEL FOY MCCLINTON | ) | |

**ORDER**

This matter is before the Court on the defendant's motion to amend apparent clerical error (doc. 47). Upon consideration, defendant's motion to amend the order and judgment in this case to include the recommendation that defendant receive alcohol/substance abuse treatment during his incarceration **GRANTED.**

Pursuant to the provisions of Rule 36 of the Federal Rules of Criminal Procedure, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby AMENDS **nunc pro tunc** the judgment which was entered in the above styled action on September 4, 2009, to read as follows:

**Sheet 2, Imprisonment**

**Special Conditions:  The Court orders that the defendant be allowed to participate in a program of drug and/or alcohol abuse treatment, while incarcerated.**

All other provisions of the original sentence are reimposed.

**DONE and ORDERED** this 5th day of November, 2009.

     s/ Kristi K. DuBose
     **KRISTI K. DuBOSE**
     **UNITED STATES DISTRICT JUDGE**